This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**JAMES MICHAEL GALLEGOS,**

Plaintiff-Appellant,

v.                                                                          **NO. 32,857**

**GEO GROUP, INC., GUADALUPE COUNTY CORRECTIONAL FACILITY, TIM HATCH, ERASMO BRAVO, JOHN W. BEARD, JOHNNY JONSON, ALSONSO GARCIA, JOE GARCIA, JANIE YEARLY, REBECCA HATCH, P. ARAGON, P. CHAVEZ, DINAH SANDOVAL, TRUDY JIM, J. VIGIL, BRENDA COPELAND, and JUNNIE DAVIS, in their individual and official capacities, et. al.,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF GUADALUPE COUNTY**
**Abigail Aragon, District Judge**

James Michael Gallegos
Rancho de Taos, NM

Pro Se Appellant

Yenson, Allen & Wosick, P.C.
Megan L. Jahner
Patrick D. Allen

Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**GARCIA, Judge.**

Summary affirmance was proposed for the reason stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____
**CYNTHIA A. FRY, Judge**